UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22059-CIV-FAM

JORGE L MENDEZ, FELIPE RAUL LA ROSA, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

INTEGRATED TECH GROUP, LLC,

        Defendant.

_____

## PLAINTIFFS' STATEMENT OF CLAIM

Now come the Plaintiffs, by and through the undersigned, and file the above-described Statement of Claim as follows[1]:

**Plaintiff JORGE L MENDEZ**
**Half-Time Overtime Claim (8/20/15-12/31/17):**
Amount of Half-Time Overtime per hour not compensated: $5.21
Weeks: 123
Overtime hours per week: 32
Total overtime wages unpaid and liquidated damages: $20,506.56 X 2 = $41,013.12, *exclusive of* **attorneys' fees and costs**

**Half-Time Overtime Claim (1/1/18-5/23/15)[2]:**
Amount of Half-Time Overtime per hour not compensated: $5.68
Weeks: 20
Overtime hours per week: 26
Total overtime wages unpaid and liquidated damages: $2,953.60 X 2 = $5,907.20, *exclusive of* **attorneys' fees and costs**

---

[1] Plaintiffs acknowledge that Plaintiffs' paystubs do reflect that Defendant paid some overtime, but not all overtime and not based on the correct rate of pay based on the actual hours worked by Plaintiffs. *See,* 29 C.F.R. § 778.109; *See also,* 29 C.F.R. § 778.112.

[2] Plaintiff's damages are ongoing as he continues to work for Defendants through to the present as of the date of filing the instant Statement of Claim. Plaintiff's damages herein are calculated through to the date of filing the initial Complaint.

Total overtime wages unpaid and liquidated damages: $23,460.16 X 2 = $46,920.32, *exclusive of* **attorneys' fees and costs**

**Plaintiff FELIPE RAUL LA ROSA**
<u>Half-Time Overtime Claim (8/15/15-11/2/17)</u>:
Amount of Half-Time Overtime per hour not compensated: $5.21
Weeks: 116 (rounded up)
Overtime hours per week: 32
Total overtime wages unpaid and liquidated damages: $19,339.52 X 2 = $38,679.04, *exclusive of* **attorneys' fees and costs**

**BOTH Plaintiffs Total overtime wages unpaid and liquidated damages: $42,799.68 X 2 = $85,599.36**, *exclusive of* **attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. – 6.8 hours X $390.00 per hour = $2,652.00
Rivkah Jaff, Esq. – 6.1 hours X $290.00 per hour = $1,769.00
Neil Tobak, Esq. – 2.65 hours X $290.00 per hour = $768.00
Costs - $490

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any *additional* completely unpaid overtime hours should the facts adduced in discovery justify same.

                                      Respectfully submitted,

                                      J. H. ZIDELL, P.A.
                                      ATTORNEYS FOR PLAINTIFF
                                      300-71ST STREET, SUITE 605
                                      MIAMI BEACH, FLORIDA 33141
                                      305-865-6766
                                      305-865-7167

                                      By:_s/ Rivkah F. Jaff, Esq. ___
                                           Rivkah F. Jaff, Esquire
                                           Florida Bar No.: 107511

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/28/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:**_____**/s/ Rivkah F. Jaff**_____
          **RIVKAH F. JAFF, ESQ.**