UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22059-CIV-FAM

| | |
|---|---|
| JORGE L MENDEZ, FELIPE RAUL LA ROSA, PEDRO GARCIA PEREZ, and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| INTEGRATED TECH GROUP, LLC, | ) |
| Defendant. | ) |

## NOTICE STRIKING [DE16]

The Plaintiff, by and through the undersigned, hereby notices the Court that the undersigned Strikes [DE16].

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/18/18 TO:**

**ALL CM/ECF RECIPIENTS**

BY:___/s/___Neil Tobak_____
**NEIL TOBAK, ESQ**

**1** of **1**