**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:18-cv-22059-FAM**

**JORGE L. MENDEZ, FELIPE RAUL LA ROSA, PEDRO GARCIA PEREZ, and all Others similarly situated under 29 U.S.C. 216(B)**

   Plaintiffs,

vs.

**INTEGRATED TECH GROUP, LLC,**

   Defendant.
_____/

## DEFENDANT INTEGRATED TECH GROUP, LLC'S RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

Defendant, Integrated Tech Group, LLC ("Defendant"), in compliance with the Court's May 25, 2018, Notice of Court Practices [D.E. 4], files its Response to the Statement of Claim of Plaintiffs Jorge L. Mendez and Felipe Raul La Rosa (collectively, "Plaintiffs") [D.E. 7] as follows:

  1.  Defendant denies that Plaintiffs are owed any unpaid wages or additional wages.

  2.  Defendant denies that Plaintiffs worked the number of overtime hours they claim in the Statement of Claim. Defendant avers that it paid Plaintiffs for all hours they worked, at the proper regular and overtime rates, and that all hours Plaintiffs worked are reflected on Defendant's time records for Plaintiffs.

3. The following is a chart of the wages Defendant paid to Plaintiffs during the periods described in Plaintiffs' statement of claim:

| Plaintiff | 2015 | 2016 | 2017 | 2018[1] | Total |
|---|---|---|---|---|---|
| **Jorge L. Mendez** | $11,334.54 | $28,842.28 | $47,982.14 | $22,276.00 | $110,434.96 |
| **Felipe Raul La Rosa** | $12,224.16 | $34,714.32 | $44,609.69 | $16,943.45 | $108,491.62 |

4. Plaintiffs incorrectly assume, without providing any support, that they would automatically be entitled to liquidated damages should they prevail. Plaintiffs have no support for their allegations that Defendant willfully or intentionally violated the FLSA.

5. Defendant is not liable to Plaintiffs for any violations of the FLSA because Defendant has, in good faith, acted in conformity with and in reliance upon written administrative regulations, orders, rulings, approvals or interpretations of the Wage and Hour Division, Department of Labor.

6. In light of the foregoing, Plaintiffs fail to state a claim upon which relief can be granted.

7. Defendant denies all of Plaintiffs' statements not specifically addressed herein.

8. Defendant reserves the right to amend its response, pursuant to any information revealed during the course of discovery.

---

[1] Earnings for 2018 include all of 2018 until the pay period ending July 14, 2018.

Respectfully submitted by:

**JACKSON LEWIS P.C.**

*/s/ Ashwin R. Trehan*
Laura E. Prather, B.C.S.
Florida Bar No.: 870854
LEAD TRIAL COUNSEL
Email: laura.prather@jacksonlewis.com
Ashwin R. Trehan, Esq.
Florida Bar No: 42675
E-mail:ashwin.trehan@jacksonlewis.com
Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:     813-512-3210
Facsimile:     813-512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ashwin R. Trehan*
Ashwin R. Trehan, Esq.

## SERVICE LIST
### Jorge L. Mendez, Felipe Raul LaRosa, and all others similarly situated v. Integrated Tech Group, LLC
### United States District Court Southern District of Florida

*Via CM/ECF*

Neil Tobak, Esq.
NTobak@Zidellpa@gmail.com
Rivkah F. Jaff, Esq.
Rivkah.jaff@gmail.com
**J.H. ZIDELL, P.A.**
300-71st Street
Suite 605
Miami Beach, Florida  33141

*Attorneys for Plaintiffs*

Ashwin R. Trehan, Esq.
Ashwin.trehan@jacksonlewis.com
Laura E. Prather, B.C.S.
Laura.prather@jacksonlewis.com
**JACKSON LEWIS P.C.**
100 South Ashley Drive
Suite 2200
Tampa, Florida  33602

*Attorneys for Defendant*

4838-0598-7181, v. 1