UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-22059-LOUIS

JORGE L MENDEZ, FELIPE RAUL LA
ROSA, PEDRO GARCIA PEREZ,
YOSLANDY SAN MARTIN, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.

_____

## SCHEDULING ORDER

**THIS CAUSE** is set for trial beginning on **September 23, 2019**. A **Status Conference** will be held at **9:30 a.m. on Friday, November 2, 2018**. The parties shall adhere to the following deadlines:

| | | |
|---|---|---|
| 1. | Rule 26(a)(1) Initial Disclosures | **August 27, 2018** |
| 2. | Joinder of any additional parties and filing to amend the complaint by | **October 25, 2018** |
| 3. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **October 8, 2018** |
| 4. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **October 15, 2018** |
| 5. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **October 22, 2018** |
| 6. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **November 2, 2018** |
| 7. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **October 31, 2018** |

| | |
|---|---|
| 8.  Fact discovery shall be completed by | **March 23, 2019** |
| 9.  Expert discovery shall be completed by | **March 23, 2019** |
| 10. Dispositive motions, including those regarding summary judgment, and *Daubert* motions shall be filed by | **May 16, 2019** |
| 11. Mediation shall be completed by | **January 14, 2019** |
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **June 13, 2019** |
| 13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law, and final witness/exhibit lists shall be filed by | **July 18, 2019** |
| 14. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **July 25, 2019** |
| 15. Pretrial Conference Date | **September 18, 2019** |

The Parties shall comply with the following pre-trial and trial management procedures.

1. **Pretrial Conference**

Pursuant to Fed. R. Civ. P. 16(a) and Local Rule 16.1(c), the Pretrial Conference is set for **September 18, 2019, at 9:30 AM**. Unless instructed otherwise by subsequent order, the trial and all other proceedings shall be conducted at the United States Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida.

2. **Parties' Witness and Exhibit Lists**

The Parties shall electronically file their Final Witness List and Exhibit List by no later than **July 18, 2019**.

The Witness List shall include all witnesses, both lay and expert, whom counsel believes in good faith that he or she intends to call at trial. The Witness List shall briefly describe the nature of each witness' testimony. A witness not included on the Witness List will not be permitted to testify,

unless included on the list provided by another Party, absent a showing of good cause for the omission. To the extent counsel wishes to list other witnesses who may be called in response to the other Parties' evidence and testimony, these witnesses shall be identified in a separate witness list designated as "List of Other Possible Witnesses." Counsel shall specify which witnesses he or she intends to call "live" and which witnesses will be presented through the reading of depositions.

The Exhibit List shall include the exhibits, including both demonstrative and summary exhibits, which counsel believes in good faith that he or she intends to introduce at trial (excluding impeachment exhibits. The Exhibit List shall in consecutively number paragraphs adequately describe the nature of each document listed. All exhibits must be pre-marked, and a typewritten exhibit list setting forth the number and description of each exhibit must be submitted at the time of trial. Plaintiff's exhibits shall be marked numerically with the letter "P" as a prefix. Defendant's exhibits shall be marked numerically with the letter "D" as a prefix.

The inclusion of blanket statements or general categories of exhibits such as "all documents produced in discovery," is not permitted. To the extent counsel wishes to list other exhibits he or she may introduce in response to the opposing Parties' evidence and testimony, such exhibits shall be identified in a separate exhibit list designated as "List of Other Possible Exhibits." Except for impeachment exhibits, if an exhibit is not listed, it will not be allowed at trial, absent a showing of good cause.

Pursuant to Administrative Order 2016-70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuits Local Rules and Internal Operating Procedures, within three (3) days of the conclusion of a trial or other proceeding, Parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-

documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016-70 unless directed otherwise by the Court.

3. **Joint Pretrial Stipulation**

The Parties shall submit a Joint Pretrial Stipulation that conforms to the requirements of Local Rule 16.1(e) by no later than **July 18, 2019.** All counsel shall comply with Local Rule 16.1(d) regarding the preparation of the Joint Pretrial Stipulation. The Court will not accept unilateral pretrial stipulations, and will strike *sua sponte*, any such submissions. Should any of the Parties fail to cooperate in the preparation of the joint stipulation, all other Parties shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court shall issue an Order requiring the non-cooperating Party or Parties to show cause why such Party or Parties (and their respective attorneys) should not be held in contempt, and sanctions be imposed, for failure to comply with the Court's order.

4. **Motion Deadlines**

All dispositive motions and *Daubert* motions must be filed on or before **May 16, 2019.** All pre-trial motions, including any motions *in limine*, must be filed on or before **June 13, 2019**.

Any *Daubert* motion shall be accompanied by appropriate affidavits. If any Party moves to strike an expert affidavit filed in support of a motion for summary judgment (for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999)), the motion shall be filed with that Party's responsive memorandum. Each Party is limited to one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, the Parties must file for leave to exceed the page limit. Each Party is also limited to one motion *in limine* (other than *Daubert* motions). If all evidentiary issues

cannot be addressed in a 20-page memorandum, the Parties must file for leave to exceed the page limit.

   5. **Jury Instructions**

For a jury trial, counsel shall prepare and submit proposed jury instructions to the Court. The Parties shall submit their proposed jury instructions and verdict form jointly, although they do not need to agree on each proposed instruction. Where the Parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by a plaintiff should be underlined. Instructions proposed only by a defendant should be italicized. Every instruction must be supported by citation to authority. The Parties should use the Eleventh Circuit Pattern Jury Instructions for Civil Cases as a guide, including the directions to counsel contained therein. The Parties shall jointly file their proposed jury instructions via CM/ECF, and shall also submit their proposed jury instructions to the Court via e-mail at Louis@flsd.uscourts.gov in Word format.

For a non-jury trial, the Parties shall prepare and submit to the Court proposed findings of fact and conclusions of law fully supported by the evidence, which counsel expects the trial to develop, and fully supported by citations to law. The proposed jury instructions or the proposed findings of fact and conclusions of law shall be submitted to the Court no later than five (5) business days prior to the scheduled trial date.

   6. **Continuance**

To the extent that the Parties seek modification of any date in this Court's Scheduling Order, the Parties shall file either a "Motion to Continue Trial" or a "Motion to Continue Pretrial Deadlines." A Motion to Continue shall not stay the requirement for filing a Joint Pretrial

Stipulation and, unless an emergency situation arises, a Motion to Continue will not be considered unless it is filed at least twenty (20) days prior to the scheduled trial date.

7. **Settlement**

A stipulation of settlement must in writing. If the case settles in whole or in part, counsel must inform the Court within two (2) days by calling Chambers at (305) 523-5710 and thereafter file a joint stipulation of dismissal.

8. **Miscellaneous**

Counsel are reminded that admission to the Bar of this district is a prerequisite to appearing before this court for trial, as provided by the Local Rules of the Southern District of Florida. Counsel who are not members of the Bar of the Southern District of Florida will be permitted to appear for trial if assisted throughout the duration of trial by a member of the Southern District Bar.

Non-compliance with any provision of this Order may subject the offending Party to sanctions or dismissal.  It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of the case.  Failure to file a Joint Pretrial Stipulation on or before the date set forth above shall be grounds for dismissal.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 4th day of October, 2018.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE