UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22059-CIV-LFL

[CONSENT CASE]

| | |
|---|---|
| JORGE L MENDEZ, FELIPE RAUL LA ROSA, PEDRO GARCIA PEREZ, YOSLANDY SAN MARTIN and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| INTEGRATED TECH GROUP, LLC, | )<br>) |
| Defendant. | )<br>) |

**NOTICE OF HEARING BEFORE UNITED STATES MAGISTRATE JUDGE LAUREN F. LOUIS**

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiffs will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE LAUREN F. LOUIS, for Friday, November 2, 2018, at 10:00 a.m., C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 11th Floor, Miami, Florida 33128.

Plaintiffs are requesting the Court address issues with respect to Defendants' objections and responses to Plaintiffs' initial discovery, directed towards each Defendant. Specifically, Plaintiffs seek to compel better responses to Plaintiffs' First Set of Interrogatories Nos.: 7, 8 and 11 and better responses to Plaintiffs' First Set of Request for Production Nos.: 1-5, 18-21, 34-35, 41, 42, 46, 47, 52-54, 56-57, 68-73, 80, 82, 83.

Interrogatories Nos.: 7 and 8 are relevant as Defendants' Affirmative Defense Number Ten [DE26] which states in part that "there are no current or former individuals that are similarly situated." Further, said information would be relevant and should have

1

been disclosed pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1B (initial disclosures). Such information would also be relevant as to how the employees with the same and/or similar job title and/or duties were classified and whether they were paid on an hourly or salary basis and/or their overtime wages. Further information would ensure Defendants are not "cherry-picking" witnesses. Plaintiffs have offered to limit Interrogatories Nos.: 7 and 8 to individuals located at the same address and location Plaintiffs' worked. Interrogatories No. 11 is relevant for credibility and/or impeachment purposes. *See,* Fed. R. of Evid. 609.

Plaintiffs' First Set of Request for Production Nos.: 1-5 and 68-73 are relevant to impeachment evidence. *See, Chavez v. Arancedo,* Case No.: *17-cv-20003-EGT [DE47] 'Order on Plaintiff's Motion to Compel'.* Further, Defendants have not agreed to stipulate that Plaintiffs were "employees" as that term is defined by the FLSA; this is incongruent with Defendants' Answer and Affirmative Defenses [DE26] and has not been specifically plead. Plaintiffs' First Set of Request for Production Nos.: 18-21, 34-35, 52-54 and 56-57 are directly relevant to Defendant's Affirmative Defense of good faith. Plaintiffs' First Set of Request for Production Nos.: 41, 42, 46, 47, 80, 82, and 83, are relevant as Defendants are contesting the number of hours worked by Plaintiffs and the amount of overtime owed to Plaintiffs.

Plaintiffs will provide the Court with the source documents as per the Court's Order [DE32]. Moving counsel certifies that a bona-fide effort to agree or to narrow the issues herein noticed by email and by telephonic conferral.

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

The Plaintiffs' Counsel conferred with Defense Counsel, Ashwin Trehan, Esq., via email

and telephonically to review the discovery disputes. The Parties were unable to resolve the discovery disputes herein noticed. The parties will advise the Court immediately should said above issues be resolved as the Parties continue to confer.

                                              Respectfully submitted,

                                              J. H. ZIDELL, P.A.
                                              ATTORNEYS FOR PLAINTIFF
                                              300-71ST STREET, SUITE 605
                                              MIAMI BEACH, FLORIDA 33141
                                              305-865-6766
                                              305-865-7167

                                              By:_s/ Neil Tobak, Esq. ___
                                                  Neil Tobak, Esquire
                                                 Florida Bar No.: 93940

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 10/16/18 TO:**

**Laura E. Prather, Esq.
Jackson Lewis, P.C.
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
813-512-3225
Fax: 813-512-3211
Email: laura.prather@jacksonlewis.com**

**Ashwin Robert Trehan, Esq.
Jackson Lewis P.C.
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
813-512-3223
Fax: 813-512-3211
Email: ashwin.trehan@jacksonlewis.com**

      **BY:_____/s/ Neil Tobak_____
              NEIL TOBAK, ESQ.**