UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22059-CIV-LOUIS

[CONSENT CASE]

| | |
|---|---|
| JORGE L MENDEZ, FELIPE RAUL LA ROSA, PEDRO GARCIA PEREZ, YOSLANDY SAN MARTIN, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| INTEGRATED TECH GROUP, LLC, | ) ) |
| Defendant. | ) ) ) |

**ORDER ON DISCOVERY DISPUTE**

This matter is before the Court on Plaintiffs' Notice of Discovery Disputes (ECF No. 33). Consistent with this Court's General Discovery Order (ECF No. 32), original source materials, including Plaintiffs' discovery requests and Defendant's responses thereto, were provided to me via email by Plaintiffs' counsel. A hearing was conducted on November 2, 2018, and oral rulings were made with respect to each disputed response raised by Plaintiffs' counsel; some disputes were withdrawn in the course of the hearing. This Order memorializes the rulings announced in open court and does not supplant or modify any of those rulings.

1. **Interrogatories**

    a. Plaintiffs' motion to compel amended response to Interrogatory No. 7 is **DENIED**. Plaintiffs may amend and reserve Interrogatory No. 7 to identify those witnesses for whom Plaintiffs lack and require contact information sufficient to serve subpoena or contact.

1

b.  Plaintiffs' motion to compel amended response to Interrogatory No. 8 is **DENIED**.

c.  Plaintiffs' motion to compel amended response to Interrogatory No. 11 is **GRANTED in part**. Defendant shall identify all civil, criminal, and bankruptcy proceedings to which Defendant was a party within the last ten years. For each identified proceeding, Defendant shall provide the case style, jurisdiction, and the subject matter of the proceeding.

2.  **Requests for Production of Documents**

a.  Plaintiffs' motion to compel documents responsive to Request Nos. 2-5 is **DENIED** without prejudice, as more fully explained in open court.

b.  Plaintiffs' motion to compel document responsive to Request No. 18 is **GRANTED** with the following limitations: Defendant shall produce responsive documents in Defendant's custody and control relating to complaints made in the last ten years, and Department of Labor reports or complaints made within the last five years of Plaintiffs' filing of this action.

c.  Plaintiffs' motion to compel documents responsive to Requests Nos. 19 and 20 is **DENIED**.

d.  Plaintiffs' motion to compel documents responsive to Requests Nos. 41, 42 and 47 is **GRANTED**.

e.  Plaintiffs' motion to compel documents responsive to Requests Nos. 82 and 83 is **DENIED without prejudice**, as more fully explained in open court.

Defendant's responsive documents shall be produced to Plaintiffs within fourteen days of service of Plaintiffs' amended discovery responses, so long as production of responsive documents is complete by no later than November 26, 2018.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this 16th day of

November, 2018.

_____

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: Counsel of record