UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-22059-LOUIS

JORGE L. MENDEZ, FELIPE RAUL
LA ROSA, PEDRO GARCIA PEREZ,
YOSLANDY SAN MARTIN, and all
Others similarly situated under
29 U.S.C. § 216(b),

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

## AMENDED JUDGMENT[1]

The Jury has returned a verdict in this case. (*See* Jury Verdict, ECF No. 145). The Court now enters judgment in favor of Plaintiff Jorge L. Mendez in the amount of $34,540.58 against Defendant Integrated Tech Group, LLC; Plaintiff Felipe Raul La Rosa in the amount of $28,018.94 against Defendant Integrated Tech Group, LLC; Plaintiff Pedro Garcia Perez in the amount of $30,192.82 against Defendant Integrated Tech Group, LLC; and Plaintiff Yoslandy San Martin in the amount of $28,985.10 against Defendant Integrated Tech Group, LLC, as required by Federal Rule of Civil Procedure 58.

**Done and Ordered** in chambers, at Miami, Florida, on this 5th day of June 2020.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

---

[1] This Judgment has been Amended to reflect the appropriate liquidated damages as explained in ECF No. 201.