UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:18-CV-22059

JORGE L. MENDEZ, FELIPE RAUL LAW
ROSA, PEDRO GARCIA PEREZ,
YOSLANDY SAN MARTIN, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

                              **Bond No. EACX097000009**

**BOND**

    Integrated Tech Group, LLC, as Principal, and <u>Endurance Assurance Corporation</u>, a <u>Delaware</u> corporation, as Surety, acknowledge by this instrument their obligation to be bound, jointly and severally, unto Jorge L. Mendez, Felipe Raul La Rosa, Pedro Garcia Perez, and Yoslandy San Martin (collectively, the "Plaintiffs") for the total sum of Sixty-Six Thousand Nine Hundred Fifty Five Dollars and Sixty Cents ($66,955.60). That is the amount of money awarded to the Plaintiffs in the Judgment (D.E. 148), plus ten percent. *See* S.D. Fla. L.R. 62.1.

    This bond is filed in accordance with the requirements of the United States District Court for the Southern District of Florida, as security for a stay of execution of judgment pending appeal in the above-captioned action, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure and Rule 8(a)(1) of the Federal Rules of Appellate Procedure.

    Both the Principal and the Surety are bound to satisfy in full the judgment of the Court if the judgment is affirmed or the anticipated appeal from Defendant is dismissed. In the event that

the judgment is modified, both the Principal and Surety are bound to satisfy the modified judgment. In the event the judgment is reversed on appeal, then this obligation shall be null and void. In no event shall the Surety's liability exceed the total bond amount of $66,955.60.

Integrated Tech Group, LLC, Principal

By: _____
      Attorney-in-fact
      [NAME]

Date: __April 20, 2020_____

Endurance Assurance Corporation, Surety

By: _____
      Attorney-in-fact
      David T. Miclette

Date: April 14, 2020

4841-3882-6935, v. 1

**SOMPO INTERNATIONAL**
INSURANCE

3630

# POWER OF ATTORNEY

KNOW ALL BY THESE PRESENTS, that **Endurance Assurance Corporation**, a Delaware corporation, **Endurance American Insurance Company**, a Delaware corporation, **Lexon Insurance Company**, a Texas corporation, and/or **Bond Safeguard Insurance Company**, a South Dakota corporation, each, a "Company" and collectively, "**Sompo International**," do hereby constitute and appoint: **David T. Miclette, Robert C. Davis, Barry K. McCord, Ashley Britt, Tabitha Dorman, Nikole Jeannette, Heather Noles, Rita G. Gulizo, Susan Zapalowski, Alyson Carmichael, Lauren O. Moudy, Robert M. Overby, Jr., Lacey Mayfield** as true and lawful Attorney(s)-In-Fact to make, execute, seal, and deliver for, and on its behalf as surety or co-surety; bonds and undertakings given for any and all purposes, also to execute and deliver on its behalf as aforesaid renewals, extensions, agreements, waivers, consents or stipulations relating to such bonds or undertakings provided, however, that no single bond or undertaking so made, executed and delivered shall obligate the Company for any portion of the penal sum thereof in excess of the sum of **One Hundred Million Dollars ($100,000,000.00).**

Such bonds and undertakings for said purposes, when duly executed by said attorney(s)-in-fact, shall be binding upon the Company as fully and to the same extent as if signed by the President of the Company under its corporate seal attested by its Corporate Secretary.

This appointment is made under and by authority of certain resolutions adopted by the sole shareholder of each Company by unanimous written consent effective the 15th day of June, 2019, a copy of which appears below under the heading entitled "Certificate".

This Power of Attorney is signed and sealed by facsimile under and by authority of the following resolution adopted by the sole shareholder of each Company by unanimous written consent effective the 15th day of June, 2019 and said resolution has not since been revoked, amended or repealed:

RESOLVED, that the signature of an individual named above and the seal of the Company may be affixed to any such power of attorney or any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signature or seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, each Company has caused this instrument to be signed by the following officers, and its corporate seal to be affixed this 15th day of June, 2019.

| Endurance Assurance Corporation | Endurance American Insurance Company | Lexon Insurance Company | Bond Safeguard Insurance Company |
|---|---|---|---|
| By: _Richard M Appel_ | By: _Richard M Appel_ | By: _Richard M Appel_ | By: _Richard M Appel_ |
| Richard Appel; SVP & Senior Counsel | Richard Appel; SVP & Senior Counsel | Richard Appel; SVP & Senior Counsel | Richard Appel; SVP & Senior Counsel |

## ACKNOWLEDGEMENT

On this 15th day of June, 2019, before me, personally came the above signatories known to me, who being duly sworn, did depose and say that he/they is an officer of each of the Companies; and that he executed said instrument on behalf of each Company by authority of his office under the by-laws of each Company.

By: _Amy Taylor_
Amy Taylor, Notary Public – My Commission Expires 5/9/23

## CERTIFICATE

I, the undersigned Officer of each Company, DO HEREBY CERTIFY that:

1. That the original power of attorney of which the foregoing is a copy was duly executed on behalf of each Company and has not since been revoked, amended or modified; that the undersigned has compared the foregoing copy thereof with the original power of attorney, and that the same is a true and correct copy of the original power of attorney and of the whole thereof;
2. The following are resolutions which were adopted by the sole shareholder of each Company by unanimous written consent effective June 15, 2019 and said resolutions have not since been revoked, amended or modified:

    "RESOLVED, that each of the individuals named below is authorized to make, execute, seal and deliver for and on behalf of the Company any and all bonds, undertakings or obligations in surety or co-surety with others: RICHARD M. APPEL, BRIAN J. BEGGS, CHRISTOPHER DONELAN, SHARON L. SIMS, CHRISTOPHER L. SPARRO, MARIANNE L. WILBERT

    ; and be it further

    RESOLVED, that each of the individuals named above is authorized to appoint attorneys-in-fact for the purpose of making, executing, sealing and delivering bonds, undertakings or obligations in surety or co-surety for and on behalf of the Company."

3. The undersigned further certifies that the above resolutions are true and correct copies of the resolutions as so recorded and of the whole thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the corporate seal this __14th__ day of __April__, 20__20__.

By: _Daniel S. Lurie, Secretary_

**NOTICE: U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL (OFAC)**

No coverage is provided by this Notice nor can it be construed to replace any provisions of any surety bond or other surety coverage provided. This Notice provides information concerning possible impact on your surety coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous foreign agents, front organizations, terrorists, terrorist organizations, and narcotics traffickers as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's website – https://www.treasury.gov/resource-center/sanctions/SDN-List.

In accordance with OFAC regulations, if it is determined that you or any other person or entity claiming the benefits of any coverage has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, any coverage will be considered a blocked or frozen contract and all provisions of any coverage provided are immediately subject to OFAC. When a surety bond or other form of surety coverage is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments may also apply.

Any reproductions are void.
Surety Claims Submission: LexonClaimAdministration@sompo-intl.com
Telephone: 615-553-9500   Mailing Address: Sompo International; 12890 Lebanon Road, Mount Juliet, TN 37122-2870



# Endurance Assurance Corporation

## Rider

Bond #: EACX09700009

To be attached to and form a part of Type of Bond: Court Bond, Bond Number: EACX09700009 executed by Integrated Tech Group LLC as Principal, and by Endurance Assurance Corporation, 1221 Avenue of the Americas, 18th Fl, New York, NY 10020, as Surety, in favor of Jorge L. Mendez, Felipe Raul La Rosa, Pedro Garcia Perez, and Yoslandy San Martin (collectively, the "Plaintiffs"), and dated 14th day of April, 2020.

**In** consideration of the premium charged for the attached Bond, it is hereby agreed to change:
Change in Bond Value per Amended Judgment, Date and Ordered 6/5/2020 - Case No. 18-CV-22059-LOUIS

From: Sixty-Six Thousand, Nine Hundred Fifty-Five and 60/100 Dollars --- ($66,955.60)

To: One Hundred Thirty-Three Thousand, Nine Hundred Eleven and 18/100 Dollars --- ($133,911.18)

**The** attached Bond shall be subject to all its agreements, limitations and conditions except as herein expressly modified.

This rider is effective: 28th day of July, 2020.

Signed, sealed and dated this 28th day of July, 2020.

Principal: Integrated Tech Group LLC
By: _[signature]_
Name & Title: Jerry Taylor, VP of Operations

(SEAL)

Surety: Endurance Assurance Corporation
By: _[signature]_
Name: David T. Miclette

(Attorney-in-Fact)

RIDER ACCEPTED (Please sign this Rider and return to Surety)
By: _____
Date: _____ day of _____, _____.



# SOMPO INTERNATIONAL
INSURANCE

# POWER OF ATTORNEY

3630

KNOW ALL BY THESE PRESENTS, that **Endurance Assurance Corporation**, a Delaware corporation, **Endurance American Insurance Company**, a Delaware corporation, **Lexon Insurance Company**, a Texas corporation, and/or **Bond Safeguard Insurance Company**, a South Dakota corporation, each, a "Company" and collectively, "**Sompo International**," do hereby constitute and appoint: **David T. Miclette, Robert C. Davis, Barry K. McCord, Ashley Britt, Tabitha Dorman, Nikole Jeannette, Heather Noles, Rita G. Gulizo, Susan Zapalowski, Alyson Carmichael, Lauren O. Moudy, Robert M. Overby, Jr., Lacey Mayfield** as true and lawful Attorney(s)-In-Fact to make, execute, seal, and deliver for, and on its behalf as surety or co-surety; bonds and undertakings given for any and all purposes, also to execute and deliver on its behalf as aforesaid renewals, extensions, agreements, waivers, consents or stipulations relating to such bonds or undertakings provided, however, that no single bond or undertaking so made, executed and delivered shall obligate the Company for any portion of the penal sum thereof in excess of the sum of **One Hundred Million Dollars ($100,000,000.00).**

Such bonds and undertakings for said purposes, when duly executed by said attorney(s)-in-fact, shall be binding upon the Company as fully and to the same extent as if signed by the President of the Company under its corporate seal attested by its Corporate Secretary.

This appointment is made under and by authority of certain resolutions adopted by the sole shareholder of each Company by unanimous written consent effective the 15th day of June, 2019, a copy of which appears below under the heading entitled "Certificate".

This Power of Attorney is signed and sealed by facsimile under and by authority of the following resolution adopted by the sole shareholder of each Company by unanimous written consent effective the 15th day of June, 2019 and said resolution has not since been revoked, amended or repealed:

RESOLVED, that the signature of an individual named above and the seal of the Company may be affixed to any such power of attorney or any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signature or seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, each Company has caused this instrument to be signed by the following officers, and its corporate seal to be affixed this 15th day of June, 2019.

| Endurance Assurance Corporation | Endurance American Insurance Company | Lexon Insurance Company | Bond Safeguard Insurance Company |
|---|---|---|---|
| By: *[signature]* Richard Appel; SVP & Senior Counsel | By: *[signature]* Richard Appel; SVP & Senior Counsel | By: *[signature]* Richard Appel; SVP & Senior Counsel | By: *[signature]* Richard Appel; SVP & Senior Counsel |

## ACKNOWLEDGEMENT

On this 15th day of June, 2019, before me, personally came the above signatories known to me, who being duly sworn, did depose and say that he/they is an officer of each of the Companies; and that he executed said instrument on behalf of each Company by authority of his office under the by-laws of each Company.

By: *[signature]* Amy Taylor, Notary Public – My Commission Expires 5/9/23

## CERTIFICATE

I, the undersigned Officer of each Company, DO HEREBY CERTIFY that:

1. That the original power of attorney of which the foregoing is a copy was duly executed on behalf of each Company and has not since been revoked, amended or modified; that the undersigned has compared the foregoing copy thereof with the original power of attorney, and that the same is a true and correct copy of the original power of attorney and of the whole thereof;

2. The following are resolutions which were adopted by the sole shareholder of each Company by unanimous written consent effective June 15, 2019 and said resolutions have not since been revoked, amended or modified:

    "RESOLVED, that each of the individuals named below is authorized to make, execute, seal and deliver for and on behalf of the Company any and all bonds, undertakings or obligations in surety or co-surety with others: RICHARD M. APPEL, BRIAN J. BEGGS, CHRISTOPHER DONELAN, SHARON L. SIMS, CHRISTOPHER L. SPARRO, MARIANNE L. WILBERT
    ; and be it further

    RESOLVED, that each of the individuals named above is authorized to appoint attorneys-in-fact for the purpose of making, executing, sealing and delivering bonds, undertakings or obligations in surety or co-surety for and on behalf of the Company."

3. The undersigned further certifies that the above resolutions are true and correct copies of the resolutions as so recorded and of the whole thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the corporate seal this __28th__ day of __July__, 20_20_.

By: *[signature]* Daniel S. Lurie, Secretary

### NOTICE: U. S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL (OFAC)

No coverage is provided by this Notice nor can it be construed to replace any provisions of any surety bond or other surety coverage provided. This Notice provides information concerning possible impact on your surety coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous foreign agents, front organizations, terrorists, terrorist organizations, and narcotics traffickers as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's website – https://www.treasury.gov/resource-center/sanctions/SDN-List.

In accordance with OFAC regulations, if it is determined that you or any other person or entity claiming the benefits of any coverage has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, any coverage will be considered a blocked or frozen contract and all provisions of any coverage provided are immediately subject to OFAC. When a surety bond or other form of surety coverage is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments may also apply.

**Any reproductions are void.**
Surety Claims Submission: LexonClaimAdministration@sompo-intl.com
Telephone: 615-553-9500   Mailing Address: Sompo International; 12890 Lebanon Road; Mount Juliet, TN 37122-2870