UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-22059-LOUIS

JORGE L. MENDEZ, FELIPE RAUL
LA ROSA, PEDRO GARCIA PEREZ,
YOSLANDY SAN MARTIN, and all
others similarly situated under
29 U.S.C. § 216(b),

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT OF PLAINTIFFS' CLAIM FOR APPELLATE ATTORNEY'S FEES

The plaintiffs, Jorge L. Mendez, Felipe Raul La Rosa, Pedro Garcia Perez, Yoslandy San Martin ("Plaintiffs"), by and through their undersigned counsel, file this Notice of Settlement of Plaintiffs' Claim for Appellate Attorney's Fees, and state:

On November 6, 2020, the plaintiffs filed their Verified Motion for Award of Appellate Attorneys Fees [DE 249]. By this notice, the plaintiffs hereby notify the Court that the parties have settled this claim for appellate attorney's fees. Consequently, this issue is moot, and the Court need not make any ruling on the motion [DE 249] or on the claim for appellate attorney's fees.

                                    Neil Rose, Esq.
                                    Florida Bar No. 378755
                                    4000 Hollywood Blvd.
                                    Suite 610 North
                                    Hollywood, FL 33021
                                    Telephone: (305) 439-5108

neil@myappeal.com

By: /s/ Neil Rose
**Neil Rose, Esq.**
Florida Bar No.: 378755
Co-Counsel for Plaintiffs

### Certificate of Service

I HEREBY CERTIFY that on this 1st day of December, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on all counsel of record or *pro se* parties identified on the service list below, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel and/or parties who are not authorized to receive electronic notices of filing.

Neil Rose, Esq.
Florida Bar No. 378755
4000 Hollywood Blvd.
Suite 610 North
Hollywood, FL 33021
Telephone: (305) 439-5108
neil@myappeal.com

By: /s/ Neil Rose
**Neil Rose, Esq.**
Florida Bar No.: 378755
Co-Counsel for Plaintiffs

By: /s/ Neil Rose
Florida Bar No.: 378755

**Service List**

Laura E. Prather, Esq.
Ashwin R. Trehan, Esq.
Jackson Lewis, P.C.
Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
laura.prather@jacksonlewis.com
ashwin.trehan@jacksonlewis.com
*Counsel for Defendant*

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
zabagado@aol.com
*Counsel for Plaintiffs*