UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-22059-CIV-LOUIS

**CONSENT CASE**

JORGE L. MENDEZ, FELIPE RAUL LA ROSA, PEDRO GARCIA PEREZ, YOSLANDY SAN MARTIN and all others similarly situated under 29 U.S.C. 216(b)

    Plaintiffs,
vs.

INTEGRATED TECH GROUP, LLC

    Defendant.
_____/

**SATISFACTION OF ORDER AT DE 253**

Comes Now Plaintiffs, by and through undersigned Counsel and hereby advises the Court that the Order on Plaintiffs' Attorneys Fees and Costs at DE 253 has been fully satisfied.

Respectfully submitted,

J.H. Zidell, Esq,
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Tel: (305) 365-6766
Email: Zabogado@aol.com

By:__/s/ *J.H. Zidell* _____
J.H. Zidell, Esq.
Florida Bar Number: 10121

**1** of **2**

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Motion was served via CM/ECF to Laura E. Prather, Jackson Lewis P.C., 100 South Ashley Drive, Suite 2200, Tampa, Florida 33602, email: laura.prather@jacksonlewis.com and to Ashwin Robert Trehan, Esq., Jackson Lewis P.C., 100 South Ashley Drive, Suite 2200, Tampa, Florida 33602, email: Ashwin.trehan@jacksonlewis.com on this 9th day of December, 2020.

By:__/s/ *J.H. Zidell* _____
      J.H. Zidell, Esq.